UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRASHARD DELANEY,

      Plaintiff,

                                   Case No. 2:25-cv-182

v.

                                   Hon. Hala Y. Jarbou

WAYNE ALLEN, et al.,

      Defendants.

_____/

## ORDER

On March 23, 2026, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that the Court deny Defendants' motions for summary judgment (R&R, ECF No. 35).  The R&R was served on the parties.  No objections have been filed, and the deadline for doing so has expired.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 35) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motions for summary judgment (ECF Nos. 20, 29) are **DENIED**.

Dated: April 24, 2026                    /s/ Hala Y. Jarbou
                                         HALA Y. JARBOU
                                         CHIEF UNITED STATES DISTRICT JUDGE