UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRASHARD DELANEY,

Plaintiff,

v.

WAYNE ALLEN, et al.,

Defendants.

Case No. 2:25-cv-182

Hon. Hala Y. Jarbou

______________________________/

# ORDER

On September 2, 2026, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) that the Court deny Plaintiff's motion for a temporary restraining order and preliminary injunction. (R&R, ECF No. 67.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 67) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for a temporary restraining order and preliminary injunction (ECF No. 45) is **DENIED**.

Dated: November 17, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE